ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear St., Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8973
    Fax: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DARLENE L. STINSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV-12-00841-E<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 2/28/13

                                      HON. CHARLES F. EICK
                                      UNITED STATES MAGISTRATE JUDGE